UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TRACI M. S., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:25-cv-04230-SLD-RLH |
| FRANK BISIGNANO, | ) ) ) |
| Defendant. | ) ) |

ORDER

Before the Court is the parties' Joint Stipulation to Remand to the Commissioner, ECF No. 8, which the Court construes as a motion. The parties request that the Court enter judgment reversing Defendant Commissioner of Social Security's ("Commissioner") decision denying Plaintiff's application for benefits and remanding the case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without remanding the cause for a rehearing." Joint Stip. Remand 1. The parties agree that, upon remand, an administrative law judge will "give further consideration to the medical source opinion(s) and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 416.920c" and "offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision." *Id.*

The Court finds the remand request appropriate, so the Joint Stipulation to Remand to the Commissioner, construed as a motion, is GRANTED. Accordingly, the Commissioner's decision in this matter is REVERSED and the cause is REMANDED to the Commissioner for

further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The Clerk is directed to enter judgment and close the case.

Entered this 10th day of March, 2026.

                                                      s/ Sara Darrow
                                                      SARA DARROW
                                                      CHIEF UNITED STATES DISTRICT JUDGE